FILED

SEPTEMBER 11, 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

VIVEK SHAH,

Plaintiff - Appellant,

v.

CRAIN COMMUNICATIONS, INC.,

Defendant - Appellee.

No. 26-5377

D.C. No.
2:26-cv-03070-RGK-CTS
Central District of California,
Los Angeles

ORDER

The fees for this appeal are overdue. Within 21 days, appellant must pay $605 to the district court and file proof of payment in this court or file a motion to proceed in forma pauperis. If appellant does not do so, the court will dismiss this appeal. See 9th Cir. R. 42-1.

The clerk will serve a copy of Form 4 on appellant.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT