FILED

SEP 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VIVEK SHAH,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>CRAIN COMMUNICATIONS, INC.,<br><br>Defendant - Appellee. | No. 26-5377<br><br>D.C. No.<br>2:26-cv-03070-RGK-CTS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The motion (Docket Entry No. 5) to expedite the appeal is denied.

The existing briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT